The People of the State of New York, Respondent, 
against
Michael Brown, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Herbert J. Moses, J.), rendered April 18, 2018, convicting him, upon a plea of guilty, of attempted criminal possession of a forged instrument in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Herbert J. Moses, J.), rendered April 18, 2018, affirmed.
The accusatory instrument was not jurisdictionally defective. It charged all the elements of criminal possession of a forged instrument in the third degree (see Penal Law § 170.20). Defendant's knowledge that the six $20 bills he possessed were counterfeit is reasonably inferred from allegations that the bills were printed on paper that is "inferior to that of a genuine bill," the printing on the bills "does not match that of a genuine bill," and the bills "do not contain the security features found on genuine bills" (see People v Bogan, 80 AD3d 450, 451 [2011], lv denied 16 NY3d 856 [2011]; People v Evans, 54 Misc 3d 129[A], 2016 NY Slip Op 51818[U] [App Term, 1st Dept 2016], lv denied 29 NY3d 948 [2017]; see also People v Britt, 160 AD3d 428, 430 [2018], lv granted 31 NY3d 1145 [2018]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 15, 2019